Crim-Trial (4/2/12)

HONORABLE: Janet C. Hall
DEPUTY CLERK: Diahann Lewis    RPTR/ECRO/TAPE: Terri Fidanza
TOTAL TIME: 6 hours 35 minutes   USPO ___   INTERPRETER ___
DATE: 2/27/2023   START TIME: 9:10   END TIME: 4:30
LUNCH RECESS   FROM: ___ TO: ___
RECESS (if more than ½ hr)   FROM: ___ TO: ___

CRIMINAL NO. 3:21cr181 (JCH)   Deft # ___

UNITED STATES OF AMERICA

vs

Ramon Oquendo

John Pierpont, Kenneth Gresham
AUSA

Peter Schaffer
Defendant's Counsel

## CRIMINAL JURY/COURT TRIAL

- [x] Jury of 12 and 4 alternates report ☐ Jury sworn.
- ☐ Juror # ___ excused ☐ Alternates excused
- ☐ Deft ___ Failed to appear. Bench warrant issued.
- [x] ☒ Jury Trial held ☒ Jury Trial continued until ___ at ___
- ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until ___
- ☐..# Deft ___ motion ___ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft ___ motion ___ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft ___ motion ___ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft ___ motion ___ ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion ___ ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion ___ ☐ granted ☐ denied ☐ advisement
- [x] Deft Oquendo oral motion for mistrial   ☐ granted ☐ denied ☒ advisement
- ☐ Deft ___ oral motion ___ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion ___ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion ___ ☐ granted ☐ denied ☐ advisement
- ☐ ___ ☐ filed
- ☐ ___ ☐ filed
- ☐ ___ ☐ filed
- ☐ ___ ☐ filed
- ☐ ___ ☐ filed
- ☐ ___ ☐ filed
- ☐ ☐ Government rests ☐ Defendant ___ rests
- ☐ ☐ Summation held ☐ Court's Charge to the Jury
- ☐ All full exhibits, ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
- ☐ Jury commences deliberations at ___
- ☐ Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- ☐ SEE ☐ page II ☐ for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

- ☐ Court declares MISTRIAL as to Defendant _____
- ☐ Jury Verdict filed
- ☐ Oral Verdict
- ☐ Court Verdict
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ Court accepts verdict and orders verdict verified and recorded
- ☐ Jury polled
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Prob 246B Order for PSI & Report
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Deft _____ REMANDED to custody
- ☐ Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

NOTES OR
## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____